IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNATHAN S. WILLIAMS,

Plaintiff, No. CIV S-04-1335 LKK KJM P

vs.

D.L. RUNNELS, et al.,

Defendants. ORDER

_________________________/

On July 12, 2004, plaintiff filed a document seeking removal of a state habeas action to this court. State court actions generally are not removable by the party that filed the state action, see 28 U.S.C. § 1441(a), and plaintiff fails to provide any justification for departure from this rule.

It appears from filings made after plaintiff's motion for removal that plaintiff may wish to initiate an action under 42 U.S.C. § 1983. Therefore, the court will order that the Clerk of the Court send plaintiff the court's form-complaint for violations of civil rights alleged by prisoners and grant plaintiff thirty days to file a completed complaint. The court will not rule on plaintiff's request to proceed in forma pauperis at this time, but will do so if plaintiff files a complaint. Plaintiff is cautioned that if he files a complaint, he will be charged the $150.00 filing fee that was in effect for a § 1983 action at the time of his filing of this action. If he qualifies for

in forma pauperis status, the filing fee will be collected in increments from his trust fund.

In accordance with the above, IT IS HEREBY ORDERED that:

1. All outstanding motions, except plaintiff's July 12, 2004 and September 20, 2004 requests to proceed in forma pauperis, are denied.

2. Plaintiff is granted thirty days within which to file a complaint for violation of civil rights under 42 U.S.C. § 1983. Plaintiff's failure to file a complaint within thirty days will result in a recommendation that this action be dismissed.

3. The Clerk of the Court is directed to send plaintiff a copy of the court's form-complaint for violations of civil rights alleged by prisoners.

DATED: May 10, 2005.

UNITED STATES MAGISTRATE JUDGE

1
will1335.com