IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNATHAN WILLIAMS,

    Plaintiff,                              No. CIV S-04-1335 LKK KJM P

   vs.

D.L. RUNNELS,

    Defendants.                        <u>ORDER</u>

_____/

       Plaintiff is a prisoner proceeding pro se. Plaintiff asks that this action be consolidated with CIV-S-05-0982 FCD KJM P. It appears that case was opened in error. On May 11, 2005, the court granted plaintiff leave to file a 42 U.S.C. § 1983 complaint. Plaintiff filed the complaint, but, instead of filing the complaint in this action, the Clerk of the Court opened a new action. The court will not consolidate cases, however, the court will order that the complaint filed in CIV-S-05-0982 FCD KJM P be removed from that case and filed in this action. After this occurs, the court will rule on plaintiff's request to proceed in forma pauperis and screen plaintiff's complaint under 28 U.S.C. § 1915A(a).

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's June 8, 2005 motion to consolidate is denied.

2. The Clerk of the Court is directed to remove the complaint filed in CIV-S-05-0982 FCD KJM P and file it in this action.

DATED: October 25, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

will1335.mtc