IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNATHAN S. WILLIAMS,

    Plaintiff,                          No. CIV S-04-1335 LKK KJM P

    vs.

D.L. RUNNELS, et al.,

    Defendants.               <u>ORDER</u>

_____/

        On July 9, 2007, plaintiff filed a document which the court construes as a request for reconsideration of the magistrate judge's order filed June 26, 2007. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed June 26, 2007, is affirmed.

DATED: July 30, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT