1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOHNATHAN S. WILLIAMS,

11            Plaintiff,                    No. CIV S-04-1335 LKK KJM P

12        vs.

13   D.L. RUNNELS, et al.,

14            Defendants.              ORDER

15   _____/

16            On August 23, 2007, the Magistrate Judge issued an order dismissing plaintiff's

17   amended complaint with leave to amend.  On October 1, 2007, plaintiff filed "objections" to the

18   August 23 order which the court construes as a request for reconsideration.  Local Rule 72-

19   303(b), states "rulings by Magistrate Judges shall be final if no reconsideration thereof is sought

20   from the Court within ten court days . . . from the date of service of the ruling on the parties."

21   E.D. Local Rule 72-303(b).  Plaintiff's request for reconsideration of the magistrate judge's

22   order of August 23, 2007 is therefore untimely.

23   /////

24   /////

25   /////

26   /////

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's October 1, 2007 request

2  for reconsideration is denied.

3  DATED: October 22, 2007.

4

5    _LAWRENCE K. KARLTON_

6    SENIOR JUDGE
     UNITED STATES DISTRICT COURT
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

                                    2