IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNATHAN S. WILLIAMS,

    Plaintiff,                    No. CIV S-04-1335 LKK KJM P

  vs.

D.L. RUNNELS, et al.,

    Defendants.             ORDER

_____/

        On December 3, 2007, plaintiff filed a motion asking that this court reconsider its November 19, 2007 order adopting the magistrate judge's October 9, 2007 findings and recommendations thereby dismissing this action.

        A district court may reconsider a ruling under either Federal Rule of Civil Procedure 59(e) or 60(b).  See Sch. Dist. Number. 1J, Multnomah County v. ACandS, Inc., 5 F.3d 1255, 1262 (9th Cir. 1993).  "Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law."  Id. at 1263.

/////

/////

/////

1  Plaintiff does not present newly discovered evidence.  Furthermore, the court
2 finds that, after a de novo review of this case, the November 19, 2007 order adopting the October
3 9, 2007 findings and recommendations is neither manifestly unjust nor clearly erroneous.
4  Accordingly, IT IS HEREBY ORDERED that plaintiff's December 3, 2007
5 motion for reconsideration is denied.
6 DATED: December 13, 2007.

```
                         _____
                         LAWRENCE K. KARLTON
                         SENIOR JUDGE
                         UNITED STATES DISTRICT COURT
```