IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNATHAN S. WILLIAMS,

      Plaintiff,   No. CIV S-04-1335 LKK KJM P

  vs.

D.L. RUNNELS, et al.,

      Defendants.   <u>ORDER</u>

_____/

      On March 6, 2008, plaintiff filed a request to file a second amended complaint. This civil rights action was closed on November 19, 2007. Plaintiff is advised that the documents filed by plaintiff on March 6, 2008 and any future documents will be disregarded and no orders will issue in response to future filings.

DATED: March 17, 2008.

_____
U.S. MAGISTRATE JUDGE

1
will1335.58